JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOGAN, | Case No. CV 23-0140 FMO (PDx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WILLIAM HENDRICKS, et al. | |
| Defendants. | |

Pursuant to the court's Order Re: Pending Motion, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice.

Dated this 9th day of May, 2023.

/s/
Fernando M. Olguin
United States District Judge